STATE OF NEW JERSEY v. MORRIS KORMAN.

July 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. MAHTAB MUFTI.

July 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS WALTON.

July 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD ALAN SCOTT.

July 11, 1985.

Petition for certification denied.